UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NICOLE L. BOETTGER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PASKIN & OBERWETTER LAW OFFICES LTD,<br><br>　　　　　　　　Defendant. | Case No. 22-CV-281-JPS<br><br>**ORDER** |

On July 1, 2022, Plaintiff filed a notice of voluntary dismissal of her claims against Defendant with prejudice and without costs. ECF No. 10. Given that Defendant has not filed an answer or motion for summary judgment, the Court will adopt the notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 10, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 5th day of July, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge